UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                                                        Case No. 15-CR-162

TYLER BARNICK,

       Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Information, Defendant Tyler Barnick agrees to the entry of a money judgment of forfeiture in the amount of $50,000, and further agrees to the forfeiture of the Chase Bank cashier's check in the amount of $50,000 submitted by Defendant Tyler Barnick to the United States on or about July 20, 2015, in full satisfaction of the money judgment.

IT IS HEREBY ORDERED that the United States' motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that a money judgment in the amount of $50,000, be, and hereby is, levied against Defendant Tyler Barnick.

IT IS FURTHER ORDERED that, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the Chase Bank cashier's check in the amount of $50,000 submitted by Defendant Tyler Barnick to the United States on or about July 20, 2015, be, and hereby is,

forfeited as a substitute asset, in full satisfaction of the $50,000 money judgment levied against Defendant Tyler Barnick.

IT IS FURTHER ORDERED that the above listed item shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or it's duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 21st day of October, 2015

                                                s/ Lynn Adelman
                                                _____
                                                HONORABLE LYNN ADELMAN
                                                United States District Judge